RECEIVED
IN-LAKE CHARLES, LA
FEB 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | : | DOCKET NO. 04-2405 |
| VS. | : | JUDGE TRIMBLE |
| DR. CLARK GUNDERSON AND LAKE CHARLES MEMORIAL HOSPITAL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #79) filed by Liberty Mutual Insurance Co. is hereby **GRANTED** relieving Liberty Mutual of any obligation to pay defendants, Dr. Clark Gunderson and Lake Charles Memorial Hospital any additional sums.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #70) filed by First Health Group, Inc., is hereby **GRANTED IN PART,** to the extent that First Health does not owe Liberty Mutual indemnity for underpayments sought by Defendants, Dr. Clark Gunderson and Lake Charles Memorial Hospital against Liberty Mutual, but **DENIED IN PART** to the extent First Health does owe indemnity to Liberty Mutual for attorney fees incurred in this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Liberty Mutual has 30 days from this date to submit documentation to support its claims for attorney fees against First Health and First Health is granted 20 days thereafter to respond, after which the Court will decide

the appropriate amount of the award of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to strike (doc. #13) filed by Dr. Clark Gunderson and Lake Charles Memorial Hospital is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants, Gunderson and LCMH are to pay all costs of court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of February, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE