U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 3 0 2006

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | * CIVIL ACTION NO. 04-2405 |
| Plaintiff | * |
| VERSUS | * JUDGE TRIMBLE |
| | * |
| DR. CLARK GUNDERSON and | * |
| LAKE CHARLES MEMORIAL HOSPITAL | * MAGISTRATE JUDGE WILSON |
| | * |
| Defendants | * |

## PRELIMINARY INJUNCTION AND STAY ORDER

Considering the Motion for Temporary Restraining Order, Preliminary and Permanent Injunction, and Stay Order (doc. # 112 ) filed by defendant First Health Group Corp., and finding it well taken:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Temporary Restraining Order, Preliminary and Permanent Injunction, and Stay Order (doc. # 112 ) filed by First Health Group Corp., be and it is hereby **GRANTED**, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), a temporary restraining order and preliminary injunction is hereby issued enjoining and preventing Defendants Clark A. Gunderson, M.D. and Lake Charles Memorial Hospital ("Defendants") from pursuing any claim before any court arising under Louisiana's Any Willing Provider Act, La. R.S. 40:2201 et seq. against First Health Group Corporation or any Payor as set forth in the provider agreements between First Health and Defendants, including without limitation pursuing such claims in the

matter styled *Gunderson et al. v. F.A. Richard, et al.*, Case No 2004-002417 currently pending in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

**THUS DONE AND SIGNED** in chambers at Lake Charles, Louisiana this 30th day of October, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE