RECEIVED
IN LAKE CHARLES, LA

DEC 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LIBERTY MUTUAL INSURANCE CO.** | : | **DOCKET NO. 04-2405** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **DR. CLARK GUNDERSON AND LAKE CHARLES MEMORIAL HOSPITAL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to vacate (doc. #118) filed by defendants, Dr. Clark A. Gunderson and Lake Charles Memorial Hospital is hereby **DENIED** as untimely.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of December, ~~November~~, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE